UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| JAMES R. DOERR ) | |
| ) | |
| v. ) | NO. 2:07-CV-275 |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security ) | |

## **O R D E R**

This matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to this report.

After careful consideration of the Report and Recommendation of the United States Magistrate Judge, [Doc. 18], it is hereby **ORDERED** that this Report and Recommendation is **ADOPTED** and **APPROVED**, and the plaintiff's motion for summary judgment is **GRANTED** insofar as it seeks a remand, [Doc. 11], the motion for summary judgment filed by the defendant is **DENIED,** [Doc. 16], and this case is remanded to the defendant Commissioner for further administrative proceedings pursuant to sentence four of 42 U.S.C.§ 405(g).

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE